IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of Petrus Advisers Ltd.<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Civil Action No. 26-719-CFC |

## **MEMORANDUM ORDER**

WHEREAS on June 29, 2026, I issued an Order granting Petrus Advisers Ltd.'s *ex parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding (D.I. 4) and stating that "[n]othing in this Order shall be construed to preclude the Carlyle Group from timely moving to quash the subpoena," D.I. 19;

WHEREAS consistent with that Order, the Clerk of Court closed the action, 6.29.26 Remark;

WHEREAS on August 24, 2026, Carlyle Group Inc. filed a Motion to Vacate the Court's June 29, 2026 Order and to Quash Petitioner's Subpoena, D.I. 28;

WHEREAS this action is captioned "In re Application of Petrus Advisers Ltd. For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding";

WHEREAS the Carlyle Group's August 24 motion does not seek "an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding," *see* D.I. 28 at 1;

WHEREAS District of Delaware Local Rule 5.1(a) provides that "all documents submitted for filing with the Court shall be filed in accordance with the Court's Administrative Procedures Governing Filing and Service by Electronic Means, which may be amended from time to time by the Court (the 'CM/ECF Procedures')," D. Del. LR 5.1(a);

WHEREAS the CM/ECF Procedures and related manuals and procedures, including the procedures for "Attorney E-filing of an Initial Pleading in a new Civil or Miscellaneous Case" (the Initial Pleading Procedures), are accessible on the Court's website, *see Manuals/Procedures*, U.S. Dist. Ct. Dist. of Del., https://www.ded.uscourts.gov/manualsprocedures [https://perma.cc/9ZMY-3S9N] (last visited Aug. 25, 2026); and

WHEREAS the Initial Pleading Procedures state that "[i]f the initial pleading is a Miscellaneous Case in the form of a motion, such as a Motion to Quash or Motion to Compel," the motion is to be filed as a "New Miscellaneous Case," *see* U.S. Dist. Ct. Dist. of Del., Attorney E-filing of an Initial Pleading in a new Civil or Miscellaneous Case (2017), https://www.ded.uscourts.gov/sites/ded/

files/cm-ecf/Attorney%20Case%20Opening%20Rev%203-28-17.pdf [https://perma.cc/K5VN-AF3S];

NOW THEREFORE, at Wilmington on this Twenty-sixth Day of August in 2026, it is HEREBY ORDERED that the Clerk of Court shall create a new miscellaneous case and transfer the docket entries of this action beginning with filings dated August 24, 2026 through the present to the docket of the new miscellaneous case. It is FURTHER ORDERED that no action shall be taken by the Court in the new matter until the Carlyle Group pays the filing fee for that action.

CHIEF JUDGE